Elmo Bell v. The State.

No. 10050.　Delivered February 3, 1926.

**Sale of Intoxicating Liquor—No Statement of Facts—No Bills of Exception.**

This record is before us without either a statement of facts, or bills of exception, and no fundamental error being perceived the judgment is affirmed.

Appeal from the District Court of Upshur County. Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction for the sale of intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The indictment appears regular. The record is before us without statement of facts of bills of exception. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*